PROB 12C
(7/93)

Report Date: June 23, 2015

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 2 3 2015

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Jesse Raphael Garsia        Case Number: 0980 1:14CR02037-WFN-1

Address of Offender: ███████████ Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 12, 2015

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) |
| Original Sentence: | Prison 15 months; TSR - 36 months |
| Asst. U.S. Attorney: | Thomas J. Hanlon |
| Defense Attorney: | Alex B. Hernandez, III |

Type of Supervision: Supervised Release

Date Supervision Commenced: May 6, 2015

Date Supervision Expires: May 5, 2018

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer. |
| | **Special Condition # 14**: You shall not associate with known criminal street gang members or their affiliates. |
| | **Supporting Evidence**: On June 21, 2015, at approximately 02:00, the defendant was contacted by the Yakima Police Department (YPD). The defendant was in a vehicle with, Angel Rangel, and Norberto Molina. According to the YPD gang unit, Angel Rangel and Norberto Molina are convicted felons and are documented gang members. |
| 2 | **Mandatory Condition # 5**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. |
| | **Supporting Evidence**: YPD contacted the defendant in a vehicle with several gang members, and located in the vehicle was a loaded 9 mm handgun. The incident report has been requested. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/23/2015

s/Phil Casey

Phil Casey
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

6/23/15

Date