UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>-vs-<br><br>JESSE RAPHAEL GARSIA,<br><br>    Defendant. | No.   2:14-CR-2037-WFN-1<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION AND DISMISSING ALLEGED VIOLATION TWO |

A supervised release revocation hearing was held September 8, 2015. The Defendant, who is in custody, was present and represented by Alex Hernandez, III; Assistant United States Attorney Thomas Hanlon represented the Government; United States Probation Officer Phillip Casey was also present.

This Court scheduled the hearing to address Magistrate Judge Hutton's Report and Recommendations and sentence Mr. Garsia. The parties jointly recommended a sentence of 8 months with supervised release to follow.

The Court has reviewed the file and the Report and Recommendations and is fully informed. This Order is entered to memorialize and supplement the oral rulings of the Court. Accordingly,

**IT IS ORDERED** that:

1. The Court **ACCEPTS** the Report and Recommendations, **ECF No. 70**.

2. The Government's oral motion to dismiss Violation No. 2 is **GRANTED**.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** United States Probation Officer Philip Casey.

ORDER - 1

1     **DATED** this 8th day of September, 2015.

09-08-15

                                s/ Wm. Fremming Nielsen
                                WM. FREMMING NIELSEN
                    SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2