PROB 12C
(6/16)

Report Date: December 13, 2016

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 13 2016

SEAN F. MCAVOY, CLERK
                        DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jesse Raphael Garsia          Case Number: 0980 1:14CR02037-LRS-1

Address of Offender: ███████████████  Yakima, Washington 98901

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: January 12, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison 15 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: | Prison 8 months; TSR - 28 months | | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | February 20, 2016 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: | June 19, 2018 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition**: The defendant shall not commit another federal, state, or local crime. |
| | **Supporting Evidence**: Jesse Raphael Garsia is considered to be in violation of his term of supervised release by being charged with the crime of domestic violence assault and interfering with the reporting of a domestic assault on December 8, 2016. |
| | According to a Yakima Police Department report for incident 16Y053967, the following occurred: |
| | On December 8, 2016, Yakima Police officers were detailed to 1700 North First Street, room 126, Yakima, Washington, to conduct a welfare check after receiving a 911 call from an unknown female stating, "he's here, he's here," and then the phone call was terminated. A witness informed officers that Cherrish Jensen and the offender were fighting. The witness observed Mr. Garsia pulling Ms. Jensen to his vehicle by her hair, and then observed the offender punch Ms. Jensen several times. |

Prob12C
**Re: Garsia, Jesse Raphael**
December 13, 2016
Page 2

Yakima Police officers accessed room 126 and noticed the phone cord in the room was ripped out of the wall port and laying on the ground.

The offender and Ms. Jensen left the location prior to the arrival of the Yakima Police officers. Charges for domestic violence assault and interfering with the reporting of a domestic assault have been sent to the Yakima Municipal Court prosecutor.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 13, 2016

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

12/13/16
Date