PROB 12C
(6/16)

Report Date: March 27, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 27 2018

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jesse Raphael Garsia       Case Number: 0980 1:14CR02037-LRS-1

Address of Offender:                          Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: January 12, 2015

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 15 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: September 8, 2015 | Prison - 8 months; TSR - 28 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: February 20, 2016 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: June 19, 2018 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

1             **Mandatory Condition**: The defendant shall not commit another federal, state, or local crime.

              **Supporting Evidence**: Mr. Garsia's conditions were reviewed with him on February 23, 2016. He signed his conditions acknowledging an understanding of them, which include the mandatory condition as noted above.

              According to a Yakima Police Department (YPD) report for incident 18Y010557, the following occurred:

              On March 16, 2018, Mr. Garsia was pulled over while driving well in excess of the posted speed limit of 25 miles per hour. Mr. Garsia initially denied driving at a high rate of speed; however, he eventually acknowledged driving at a high rate of speed. He advised YPD he had observed them and wanted to park his vehicle because he did not have a license.

Prob12C
**Re: Garsia, Jesse Raphael**
**March 27, 2018**
Page 2

A Washington State Department of Licensing record return confirmed Mr. Garsia's driving status as suspended in the third degree. Mr. Garsia was arrested and transported to the Yakima City jail. Mr. Garsia bailed out of custody and his next court date is scheduled for April 30, 2018.

2   **Mandatory Condition**: The defendant shall not commit another federal, state, or local crime.

**Supporting Evidence**: Mr. Garsia's conditions were reviewed with him on February 23, 2016. He signed his conditions acknowledging an understanding of them, which include the mandatory condition as noted above.

According to a Washington State Patrol (WSP) report for incident 8Z0275070, the following occurred:

On March 18 2018, Mr. Garsia was pulled over in Benton County, Washington, for driving in the middle of two lanes and braking erratically multiple times. Mr. Garsia was arrested by WSP after he admitted to not having a valid driver's license.

A Washington State Department of Licensing record return confirmed Mr. Garsia's driving status as suspended in the third degree. Mr. Garsia was cited and released with a court date. Mr. Garsia's next court date is scheduled for April 6, 2018.

3   **Special Condition # 18**: You shall not associate with known criminal street gang members or their affiliates.

**Standard Condition # 9**: The defendant shall not associate with any person engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**: Mr. Garsia's conditions were reviewed with him on February 23, 2016. He signed his conditions acknowledging an understanding of them, which include the special and standard conditions as noted above.

According to a YPD report for incident 18Y010557, the following occurred:

On March 16, 2018, Mr. Garsia was pulled over by YPD for speeding. Mr. Garsia was in the vehicle with Baldomero Camacho and Daniel Delgado-Perez. According to the YPD gang unit, Baldomero Camacho and Daniel Delgado-Perez are documented gang members. Baldomero Camacho is also a convicted felon, who had a warrant for his arrest. Daniel Delgado-Perez was in possession of a firearm while sitting in the front passenger seat of the vehicle Mr. Garsia was driving. Daniel Delgado-Perez is not a convicted felon and had a valid concealed weapon permit.

On March 22, 2018, Mr. Garsia reported to this officer as directed. Mr. Garsia admitted he was associating with the wrong people on March 16, 2018. He was aware that Baldomero Camacho and Daniel Delgado-Perez are sureno gang members.

Prob12C
Re: Garsia, Jesse Raphael
March 27, 2018
Page 3

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 27, 2018

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

3/27/18
Date